IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 12-CR-20003-03-CM |
| ) | |
| STEVEN M. HOHN, ) | |
| Defendant ) | |
| ) | |

**MOTION TO SUPPRESS EVIDENCE FROM**
**GLOBAL POSITIONING SYSTEM (GPS) DEVICE**

COMES NOW, the Defendant, Steven M. Hohn, by and through his attorney, James R. Campbell and moves the Court for an Order Suppressing all Global Positioning System (GPS) evidence and all evidence derived from information improperly obtained from the GPS placed on the defendant's vehicle.  The United States Supreme Court in the recent ruling of *United States v. Jones*, _____ U.S. _____, 132 S.Ct. 945 (2012) held the use of such a GPS device without a warrant to be a violation of the Fourth Amendment to the United States Constitution.

The Defendant further moves the Court for an Order Suppressing all evidence obtained from a Order for Installation, Maintenance and Monitoring of the ST811 Guardian Electronic Tracking Device issued on November 10, 2011 (Order for Installation) and all subsequent extensions there after.  The Order for Installation was based in part upon information previously obtained by the improper use of a GPS device.

WHEREFORE, the Defendant respectfully prays the Court make and enter an Order Suppressing all information obtained by the unlawful use of a GPS device and all evidence subsequently obtained by the use of the GPS device including, but not limited to information obtained from the Order for Installation issued on November 10, 2011.

Respectfully Submitted,


/James R. Campbell/
James R. Campbell, No. 14631
511 Neosho St.
Burlington, KS 66839
(620) 364-3094
(620) 364-2840 Facsimile
campbell_law@mac.com e-mail address

Attorney for Defendant Steven M. Hohn


**CERTIFICATE OF SERVICE**

    I, James R. Campbell, hereby certify that on this date I electronically filed the above and foregoing MOTION TO SUPPRESS EVIDENCE FROM GLOBAL POSITIONING SYSTEM (GPS) DEVICE with the Clerk of the District Court via CM/ECF which will send copies of the filing to the attorneys for the government, Terra D. Morehead as well as to the other attorneys of record.

Dated this 2nd day of July, 2012.

/James R. Campbell/
JAMES R. CAMPBELL