**CLERK'S COURTROOM MINUTE SHEET**

**UNITED STATES OF AMERICA**

**v.**

Case No. 12-20003-03

**STEVEN M. HOHN**

Location: **Kansas City, Kansas**

AUSA: Terra D. Morehead
Deft. Atty.:James R. Campbell

| JUDGE: | Murguia | DATE: | September 26, 2012 |
|---|---|---|---|
| DEPUTY CLERK: | Merry Morales | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | None | PRETRIAL/PROBATION: | |

# MOTION HEARING

Hearing on MOTION to Suppress GPS Information by Steven M. Hohn [Doc . 153]

Government calls Perry Williams as 1st witness.

Government's Exhibit 1 - Offerred, Admitted.
Government's Exhibit 2 - Offerred, Admitted.

After argument, testimony from the Government's witnesses and based on the rulings as set forth on the record, Defendant's Motion to Suppress is DENIED.

This matter is set for jury trial on November 5, 2012 at 1:00 p.m. as to Defendant Hohn and all defendants.

Time in Court = 1 hour 45 mins.